

**FILED**

01/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0185

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0185

FILED

JAN 13 2022

Bowen Greenwood
Clerk of Supreme Court
State

IN THE MATTER OF AN APPOINTMENT OF A
MEMBER TO THE SENTENCE REVIEW DIVISION
OF THE MONTANA SUPREME COURT

O R D E R

The term of the Honorable Luke Berger as a member of the Sentence Review Division of the Montana Supreme Court expired on December 31, 2021. The Court thanks Judge Wilson for his service.

Pursuant to § 46-18-901, MCA, the expiration of the term of Judge Berger requires the Chief Justice of this Court to appoint a new member to the Sentence Review Division. Judge Berger has expressed an interest in being reappointed. Therefore, and with the consent of the appointee,

IT IS ORDERED that the Honorable Luke Berger of the Fifth Judicial District Court is reappointed as a member to the Sentence Review Division for a term of three years, expiring December 31, 2024.

The Clerk is directed to provide copies of this Order to the Honorable Luke Berger, all members of the Sentence Review Division, the State Bar of Montana, Shelly Smith, Office Administrator to the Sentence Review Division, and all Montana District Court Clerks.

DATED this 13 day of January, 2022.

For the Court,

_____
Chief Justice